## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

Greater Community Bancshares, Inc.
formerly known as  Greater Rome
Bancshares, Inc., and Greater
Community Bank formerly known as
Greater Rome Bank

        Plaintiffs,

vs.

Federal Insurance Company,

        Defendant.

CIVIL ACTION FILE

NO. 4:14-cv-266-HLM

## J U D G M E N T

    This action having come before the court, Honorable Harold L. Murphy, United States District Judge, for consideration of defendant's Motion to Dismiss, and the court having granted said motion, it is

    **Ordered and Adjudged** that the civil action be, and the same hereby, is **dismissed without prejudice**.

    Dated at Rome, Georgia, this 9th day of February, 2015.


                      JAMES N. HATTEN
                      CLERK OF COURT


            By:   s/J. Acker
                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 9, 2015
James N. Hatten
Clerk of Court

By:_ s/J. Acker_____
        Deputy Clerk